## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. CONCERT and ANGELO CONCERT, SR., | |
| Plaintiffs, | No. 3:11-CV-1201 |
| v. | (JUDGE CAPUTO) |
| MOUNT GREENWOOD CEMETARY, et al., | (MAGISTRATE JUDGE BLEWITT) |
| Defendants. | |

### ORDER

**NOW** this 20th day of October, 2011, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 4) is **ADOPTED**.

(2)    Plaintiff's *in forma pauperis* motion is **GRANTED** (Doc. 3).

(3)    This case is **DISMISSED WITH PREJUDICE**.

(4)    The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge